IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

Jeffrey Scott Allen,                        CHAPTER 13
SSN: xxx-xx-6281,

                                           CASE NO.: 18-82459-CRJ-13

     Debtor.

DEBTORS' NOTICE TO CONVERT CASE TO CHAPTER 7

The Debtor, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-styled case under Chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert his case as:

1. Debtor's original case, 18-82459, filed on August 20, 2018 is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtor, Jeffrey Scott Allen, is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

3. The Debtor does not have any changes to his Statement of Financial Affairs or Schedules. Debtor is submitting his changes to the Compensation Statement of Attorney for Debtors, Statement of Intention, and Form 22A Means Test in support of this conversion.

                                         Respectfully submitted,

                                         /s/ Melissa W. Larsen
                                         Attorney for Debtor

OF COUNSEL:
MELISSA WIMBERLEY LAW, PC
521 Madison Street, Ste 201
Huntsville, AL 35801
256-970-4217
Mwlarsen67@gmail.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing on Michele Hatcher, Chapter 13 Trustee, electronically on this the 1st day of November, 2018.

                                         /s/ Melissa W. Larsen
                                         OF COUNSEL